# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 8, 2020

160177

FOX POINTE ASSOCIATION,
        Plaintiff-Appellee,

v

MARY ELIZABETH RYAL,
        Defendant-Appellant.

_____/

Bridget M. McCormack,
*Chief Justice*

David F. Viviano,
*Chief Justice Pro Tem*

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
*Justices*

SC: 160177
COA: 344232
Washtenaw CC: 16-001098-CB

On order of the Court, the application for leave to appeal the July 23, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 8, 2020

t0831

Clerk